# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

United States

v.

Lindsey K. Springer

Case No. 15-5109

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for United States of America
Party or Parties
Appellee, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[X] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

Frank P. Cihlar      Gregory Victor Davis      Alexander P. Robbins
Name of Counsel                                 Name of Counsel

s/ Frank P. Cihlar      s/ Gregory Victor Davis      s/ Alexander P. Robbins
Signature of Counsel                                 Signature of Counsel

P.O. Box 502, Washington, D.C. 20044      202-514-5396
Mailing Address and Telephone Number      Mailing Address and Telephone Number

E-Mail Address  Frank.P.Cihlar@usdoj.gov      E-Mail Address  Alexander.P.Robbins@usdoj.gov
Gregory.V.Davis@usdoj.gov

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) Lindsey K. Springer   via (state method of service) U.S. Mail   .

to FCI - La Tuna Satellite Camp Low, P.O. Box 6000
Anthony, NM 88021                                 s/ Alexander P. Robbins
(*See* Fed. R. App. P. 25(b))                     (Signature)

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

v.                                    |                    Case No.

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Jeffrey A. Gallant (USAO N.D. Okla.)
Charles A. O'Reilly (US DOJ, Tax. Div.)
Jerold W. Barringer (opposing counsel in prior related cases, Nos. 10-5055, 10-5057, 10-5156, 11-5053)
Oscar A. Stilley (co-defendant in prior related cases)