UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

United States

v.

Lindsey K. Springer

Case No. 15-5109

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for United States of America
Party or Parties
Appellee , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

S. Robert Lyons
Name of Counsel

Name of Counsel

s/ S. Robert Lyons
Signature of Counsel

Signature of Counsel

P.O. Box 502, Washington, D.C. 20044
Mailing Address and Telephone Number

202-514-5396
Mailing Address and Telephone Number

E-Mail Address  Samuel.R.Lyons@usdoj.gov

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) Lindsey K. Springer via (state method of service) U.S. Mail .

to FCI - La Tuna Satellite Camp Low, P.O. Box 6000
Anthony, NM 88021

s/ Alexander P. Robbins
(Signature)

(*See* Fed. R. App. P. 25(b))

A-5 Entry of Appearance Form 10/09