FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 4, 2016**

———————————————

**Elisabeth A. Shumaker**  
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LINDSEY KENT SPRINGER,

    Defendant - Appellant.

No. 15-5109

———————————————

**ORDER**

———————————————

    This matter is before the court on appellee's motion to dismiss appeal. Appellant Lindsey Kent Springer is directed to file a response to the motion on or before February 18, 2016.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk