**FILED**
United States Court of Appeals
Tenth Circuit

**February 12, 2016**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LINDSEY KENT SPRINGER,

    Defendant - Appellant.

No. 15-5109

_____

# ORDER
_____

This matter is before the court on Appellant's Motion for Leave to Exceed the Page Limit for his response to the motion to dismiss. The motion is granted.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk