FILED  
**United States Court of Appeals**  
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 23, 2016**

**Elisabeth A. Shumaker**  
**Clerk of Court**

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

LINDSEY KENT SPRINGER,

   Defendant - Appellant.

No. 15-5109  
(D.C. No. 4:09-CR-00043-SPF-1)  
(N.D. Okla.)

---

## ORDER

---

    This matter comes on for consideration of the government's motion to dismiss, the response thereto, and the appellant's motion seeking 14 days in which to file a petition for permission to proceed pro se. Upon consideration thereof, these pleadings are referred to the panel assigned to hear this appeal on the merits. No decision will be reached at this time.

    The appellant filed the opening brief on January 19, 2016. Within 30 days of the date of this order, the government may file a response brief or a statement that it will not be filing a brief.

Entered for the Court  
ELISABETH A. SHUMAKER, Clerk

*Ellen Rich Reiter*

by: Ellen Rich Reiter  
    Jurisdictional Attorney